588

371 A.2d 866
Commonwealth v. Turtschanow, Appellant.

 Submitted September 13, 1976.  Gary Neil Asteak, Assistant Public Defender, for appellant;  Allan B. Goodman, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 866
Commonwealth v. Washington, Appellant.

 Submitted June 28, 1976.  Andrea Commaker Levin, Assistant Defender, and Benjamin Lerner, Defender, for appellant;  Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.